# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| C. Terry Hunt Industries, Inc. ) | Civil Action No.: _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S RULE 7.1** |
| ) | **DISCLOSURE STATEMENT** |
| Enviva Pellets Sampson, LLC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Enviva Pellets Sampson, LLC, hereby identifies its parent companies as follows:

- Enviva Wilmington Holdings, LLC is Enviva Pellets Sampson, LLC's sole member.
- Enviva Development Holdings, LLC is Enviva Wilmington Holdings, LLC's managing member.
- Enviva Holdings, LP is Enviva Development Holdings, LLC's sole member.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant hereby states that no publicly held corporation owns 10% or more of its stock.

> Respectfully submitted,
>
> By: __/s/Thomas E. Dudley, III_____
> Thomas E. Dudley, III, Esq.
> North Carolina Bar No. 20649
> 704 East McBee Avenue
> Greenville, SC 29601
> Telephone: 864-242-4899
> E-Mail: Dudley@conlaw.com
> *Attorney for Defendant*

Greenville, South Carolina
August 24, 2016